IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **FRANCESCO VIGIL,** | ) |
| | ) Case No. 7:15CV00159 |
| Plaintiff, | ) |
| | ) |
| **v.** | ) **ORDER** |
| | ) |
| | ) |
| **HAROLD CLARKE, ET AL.,** | ) By: Robert S. Ballou |
| | ) United States Magistrate Judge |
| Defendant(s). | ) |
| | ) |

    This matter is before the court on plaintiff's "notification," which the court construes as a motion to amend to name two additional defendants. He alleges that these defendants were members of the "dual treatment team" who decided not to advance him under the prison's classification policy he challenges, allegedly in violation of his due process rights. Upon review of the record, it is now **ORDERED** that the motion (ECF No. 19) is **GRANTED**; the complaint is amended to include new defendants D. A. Turner and G. Baker; the Clerk shall cause these defendant(s) to be notified of this action, pursuant to Rule 4 of the Federal Rules of Civil Procedure. It is further **ORDERED** that the other defendants who have filed only an answer to the complaint at this time are **DIRECTED** to submit any motion for summary judgment within 30 days from entry of this order.

    The Clerk is directed to send a copy of this order to the plaintiff and to counsel of record for the defendants.

    Enter: September 11, 2015

    /s/ Robert S. Ballou

    Robert S. Ballou
    United States Magistrate Judge